**COLEMAN & BALOGH** LLP

235 Montgomery Street, Suite 1070 | San Francisco, California 94104 | T: 415.391.0441 | F: 415.373.3901

ETHAN A. BALOGH
eab@colemanbalogh.com

July 10, 2018

**VIA ECF SYSTEM**

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:    *United States v. Shapiro*, Case Nos. 06 Cr. 357 KMW; 15 Cv. 7891 KMW

Dear Judge Wood:

We write to address the status of this case pursuant to the Court's Individual Rules of Practice, Rule 2G.  We first present a statement of the case to orient the Court as to the prior relevant filings in this matter.

On or about September 29, 2015, Petitioner Mark Shapiro timely filed his Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Judgment and Sentence.  ECF Nos. 345, 346.[*] On October 7, 2015, the Court issued an Order to Show Cause requiring "responses from the United States Attorney's Office and defense counsel, Lee Alan Ginsberg[.]" ECF No. 349.  On November 30, 2015, Counsel Ginsberg filed an affidavit in response ("Affidavit").  On March 21, 2016, the Government filed its Memorandum of Law in Opposition ("Opp.").  ECF No. 383.

On April 20, 2016, Mr. Shapiro filed a motion to depose trial counsel and a motion for specific discovery.  ECF Nos. 386, 387.  On May 5, 2016, the Government filed a letter brief in opposition.  ECF No. 388.  On May 9, 2016, Mr. Shapiro filed his consolidated reply.  ECF No. 389.[†]

---

[*] We cite to the criminal case docket only.

[†] On July 12, 2016, the Court filed an Order of Reference to Magistrate Judge Cott for purposes of "General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions,

The Honorable Kimba M. Wood
July 10, 2018
P a g e | 2

On November 17, 2017, the Court issued an Order that: (1) directed trial counsel to respond to the Court's specific document request by December 1; and (2) deferred ruling on Shapiro's outstanding discovery motions pending the filing of a reply brief on the merits on or before January 26, 2018. ECF No. 395.  Mr. Shapiro timely filed his Reply/Traverse with supporting exhibits on January 26, 2018.  ECF No. 399.  On February 9, 2018, *Amici Curiae* filed a brief in support of Shapiro's Section 2255 Motion.  ECF No. 400.

More than 60 days have now passed since the filing of Shapiro's Reply Brief and Brief of *Amici Curiae*.  In this circumstance, the Court's Individual Rules of Practice, Rule 2G (emphasis added), direct as follows:

> **G. Failure of the Court to Schedule Argument or Decide a Motion.** If a motion is not decided within 60 days of the time it is fully submitted or of argument, counsel for the movant *shall* submit a letter to call this fact to the Court's attention.

In compliance with this Court's Individual Rules of Practice, movant's counsel present this Rule 2G notification. Mr. Shapiro further respectfully contends that the 26-month delay in the consideration of his motions for discovery raises due process concerns as both documents and memories may be lost over time.[‡]  Accordingly, Mr. Shapiro respectfully asks the Court to schedule a hearing, or to otherwise rule on his pending motions for subpoenas and deposition discovery.

                                                Respectfully,

                                                ETHAN A. BALOGH

Cc:     All Counsel via ECF System

---

and settlement) (including Doc.#s 385-89)." ECF No. 390.  Two days later, on July 14, the clerk entered a text entry by which the Court rescinded that Order of Reference.

[‡] Shapiro's pending discovery motions seek documents created in 2005 and 2006, and trial counsel's memory addresses events from 2006-2010.