Law Office of
**JENNIFER L. NAEGELE**

RECEIVED
SEP 27 2018
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

P.O. Box 12375
San Francisco, CA 94112
Telephone: (415) 519-9116
Email: naegelelaw@gmail.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/18

Via ECF

September 26, 2018

The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  *United States v. Shapiro*, Case Nos. 1:15-cv-07891-KMW; 1:06-cr-00357-KMW

Dear Honorable United States District Judge Wood,

    I am writing to respectfully request that the Court waive the fee for my Motion to Appear Pro Hac Vice on behalf of defendant and petitioner Mark Alan Shapiro in criminal Case No. 1:06-cr-00357-KMW, filed at Docket No. 403. I filed the same Motion to Appear Pro Hac Vice in related civil habeas Case No. 1:15-cv-07891-KMW, also before Your Honor, and paid the $200.00 filing fee. See Docket No. 23. Because these actions are related, and the only reason to appear in the criminal case is to file the same documents tandemly under both case numbers, I am respectfully requesting that the pro hac vice fee be required only once. At this time, the only document that I expect to file in either case is a Notice of Appeal of the Order denying Mr. Shapiro's Motion to Vacate, Set Aside or Correct Sentence, entered in Case No. 1:15-cv-07891-KMW on August 7, 2018, at Docket No. 21.

*granted*
*KMW*

    Thank you very much for your time and consideration.

Sincerely,

Jennifer Naegele

10-10-18
SO ORDERED, N.Y., N.Y.
*Kimba M. Wood*
**KIMBA M. WOOD**
**U.S.D.J.**

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Mark Alan Shapiro, Petitioner
           Plaintiff (s),

V.

United States of America, Respondent
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-7891; 06-CR-357

Notice is hereby given that, subject to approval by the court, __Mark Alan Shapiro__ substitutes
                                                                                                          (Party (s) Name)

__Jennifer L. Naegele__, State Bar No. __232643 (CA)__ as counsel of record in
(Name of New Attorney)

place of __Katherine Alfieri and Ethan Balogh__
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Law Office of Jennifer L. Naegele
    Address:           P.O. Box 12375, San Francisco, CA 94112
    Telephone:       (415) 519-9116     Facsimile
    E-Mail (Optional):   naegelelaw@gmail.com

I consent to the above substitution.
Date: __8.27.18__
                                                              (Signature of Party (s))

I consent to being substituted.
Date: __8/16/2018__
                       Katherine Alfieri
                       Ethan A. Balogh
                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __8/16/2018__
                       Jennifer Naegele
                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __10-10-18__
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]